| | | |
|---|---|---|
| AUSA: | DePorre | Telephone: (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint  Special Agent: | Sutara | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Robert Ryan Keener,

Case No.

Case: 2:21−mj−30188
Assigned To : Unassigned
Assign. Date : 4/22/2021
Description: RE: ROBERT RYAN KEENER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 922(n) | Receiving a firearm while under indictment |

This criminal complaint is based on these facts:

I have probable cause to believe that on or about April 20, 2021, Ryan Keener knowing that he had a previous conviction for a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1), and that Keener, knowing that he was under indictment for a crime punishable for a term of imprisonment exceeding one year, willfully received a firearm which had been shipped and transported in interstate commerce in violation of 18 U.S.C. § 922(n).

☑ Continued on the attached sheet.

_Complainant's signature_

Nathan Sutara, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 22, 2021__

_Judge's signature_

City and state: __Detroit, MI__    David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately 5 years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. Based on the facts below, I have probable cause to believe that on April 20, 2021, Ryan Robert Keener (XX-XX-1983) knowing that he had a previous conviction for a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1), and that Keener, knowing that he was under indictment for a crime punishable for a term of imprisonment exceeding one year, willfully received a firearm which had been shipped and transported in interstate commerce in violation of 18 U.S.C. § 922(n).

## BACKGROUND

4. I, along with other law enforcement assigned to the ATF Flint Field Office, am conducting an investigation of Ryan Robert Keener, a convicted felon.

5. Prior to April 20, 2021, ATF personnel conducted a criminal history check for Ryan Keener and observed that he had the following felony convictions:

- convictions in the Genesee County Circuit Court in 2006 for delivery/manufacture of a controlled substance less than 50 grams and for possession of a controlled substance less than 25 grams;
- conviction in the Genesee County Circuit Court in 2014 for larceny from a person.

6.      Keener is also currently charged in Genesee County Circuit Court case number 20-046492 with possession of a controlled substance less than 25 grams, which is an offense punishable by a term of imprisonment which exceeds one year. Prior to April 20, 2021, Keener was arraigned on the case and had been advised of the charges against him.

7.      On April 20, 2021, ATF personnel were conducting surveillance at a UPS facility in Flint, Michigan and observed Ryan Keener arrive at the location and pick up a package. The package was addressed as follows:

> **Ship to:**
> Ryan Keener
> 810-███████
> Michigan Armory LLC
> 8206 East Richfield Road
> Davison, MI 48423

8.      Inside the package were three firearms: two rifles and a semi-automatic handgun. ATF personnel arrested Keener and Keener agreed to waive his *Miranda* rights and spoke with ATF personnel. Keener stated that he had previously ordered firearms online and he knew he was picking up firearms at the UPS facility. He also admitted that he had used the package's tracking number to track the package which contained the firearms.

9.      The three firearms were shipped from Maryland to Michigan and thus travelled via interstate commerce.

## **CONCLUSION**

10. Based upon all of this information, probable cause exists that Ryan Robert KEENER violated 18 U.S.C. §§ 922(g)(1) & 922(n).

Respectfully submitted,

Nathan Sutara
ATF Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on this 22nd day of April, 2021.

David R. Grand
United States Magistrate Judge

April 22, 2021

4